FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 31 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24 - 1026 KWR |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153 and 1111: |
| ) | Second Degree Murder; 18 U.S.C. § 2: |
| DAMIAN AMARILLO ) | Aiding and Abetting; |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. § 924(c)(1)(A)(iii): |
| ) | Using and Carrying a Firearm During and |
| ) | in Relation to a Crime of Violence, and |
| ) | Possessing a Firearm in Furtherance of |
| ) | Such Crime; Discharging Said Firearm; |

INDICTMENT

The Grand Jury charges:

Count 1

On or about June 5, 2024, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **DAMIAN AMARILLO**, an Indian, unlawfully killed John Doe with malice aforethought by shooting John Doe with a firearm.

In violation of 18 U.S.C. §§ 1153, 1111, and 2.

Count 2

On or about June 5, 2024, in Rio Arriba County, in the District of New Mexico, the defendant, **DAMIAN AMARILLO**, knowingly used and carried a firearm, during and in relation to crimes of violence for which the defendant may be prosecuted in a court of the United States, specifically, second degree murder as charged in Count 1 of this indictment, and

possessed, carried, and used said firearm in furtherance of such crimes, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney