**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

**Clerk's Minutes
Before the Honorable Kea W. Riggs**

**CASE NO.** CR 24-1026 KWR          **DATE:** NOVEMBER 18, 2025

**TITLE:** *USA v. Damian Amarillo*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:**   A. Lynch

**COURT IN SESSION:** 1:26PM-1:28PM          **TOTAL TIME:** 2 MINUTES

**TYPE OF PROCEEDING:**   43 UNOPPOSED MOTION TO CONTINUE *DECEMBER 8, 2025 TRIAL AND ASSOCIATED DEADLINES*

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  Caitlin Dillon                              Joel Meyers, Jon Stanford

**PROCEEDINGS:**

1:26PM     Court in session, counsel enter appearances, defendant present in custody. Court received defendant's motion to continue, case is about 1 year old. Court notes Mr. Meyers and Mr. Stanford are new to the case. Court inquires whether or not counsel would be ready for trial in 90 days.

1:27pm     Counsel agree case will be ready for trial in March 2026, discovery was disclosed in November to new counsel.

1:27pm     Court finds grounds exist to justify a continuance. Trial will be reset in March 2026.

1:28pm     Court in recess.