IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-1026 KWR |
| vs. | ) 18 U.S.C. §§ 1153 and 1111:  Second |
| | ) Degree Murder. |
| **DAMIAN AMARILLO** | ) |
| Defendant. | ) |

## INFORMATION

The United States charges:

On or about June 5, 2024, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **DAMIAN AMARILLO**, a n Indian, unlawfully killed John Doe with malice aforethought by shooting John Doe with a firearm.

In violation of 18 U.S.C. §§ 1153 and 1111.

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
First Assistant United States Attorney

CAITLIN L. DILLON
Assistant United States Attorney
201 3rd St. N.W. Ste. 900
Albuquerque, New Mexico  87102
(505) 346-7274